IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AVERILL MILLER, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:12-cv-806-TFM |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

**MEMORANDUM OPINION and ORDER**

Now pending before the court is the plaintiff's motion to dismiss (Doc. 12). The defendant filed an answer on December 18, 2012 (Doc. 9). After an answer has been filed, FED. R. CIV. P. 41(a)(1) requires that all parties who have appeared in the action consent to a voluntary dismissal by the plaintiff. The defendant does not oppose the dismissal of this action. Moreover, pursuant to 28 U.S.C. § 636(c)(1) and M.D. Ala. LR 73.1, the parties have consented to the United States Magistrate Judge conducting all proceedings in this case and ordering the entry of final judgment. Accordingly, upon consideration of the motion filed by the plaintiff's counsel who remains counsel of record in this case, it is

ORDERED that the plaintiff's motion to dismiss (Doc. 12) be and is hereby GRANTED and this action be and is hereby DISMISSED.

A separate order will enter.

DONE this 30th day of January, 2013.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE